IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01722-CMA-MEH

JULIE McCAFFERTY,

    Plaintiff,

v.

AID ASSOCIATES, INC., a New York corporation,
d/b/a PLAZA ASSOCIATES,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(I)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 11) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  October  11 , 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge